HUDSON & M. R. CO., Respondent, v. PHYFE, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by the Hudson & Manhattan Railroad Company against Alice J. Phyfe, impleaded. A. B. Parker, for appellant. F. B. Jennings, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HUNT, Respondent, v. SCHRATWEISER FIREPROOF & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by George E. Hunt against the Schratweiser Fireproof & Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

HURWITZ, Respondent, v. WEISS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Louis Hurwitz against Adolph Weiss and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

HUTCHINSON, Appellant, v. HUTCHINSON, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Jennie T. Hutchinson against Joseph Hutchinson. C. F. Brown, for appellant. F. Hendrick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 104 N. Y. Supp. 1074.

IDEAL PAPER CO., Respondent, v. EASTERN NEW YORK R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by the Ideal Paper Company against the Eastern New York Railroad Company. H. C. Todd, for appellant. E. Jacobus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) In the matter of the application of the International Railway Company for appointment of commissioners, etc. No opinion. Order entered appointing Edwin A. Nash, of Avon, N. Y., Ogden P. Letchworth, of Buffalo, N. Y., and William E. Wheeler, of Portville, N. Y., commissioners.

ISBELL–PORTER CO., Respondent, v. BRAKER, Appellant. (Supreme Court, Appellate Division, First Department. June 21, 1907.) Action by the Isbell-Porter Company against Henry J. Braker. F. F. Neuman, for appellant. No opinion. Motion for reargument denied, with $10 costs. Order filed.

JACKSON, Appellant, v. HEIN, Respondent. (Supreme Court, Appellate Division, Second Department. July 9, 1907.) Action by

Harry Jackson against Samuel Hein. No opinion. Order modified, by striking out the allowance of $50 costs to defendant, and, as modified, affirmed, without costs.

JANSSEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Margaret Janssen against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

JANUSZEWICZ, Respondent, v. LEICHT, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Felix Januszewicz against Charles K. Leicht. No opinion. Judgment affirmed, with costs.

JEFFERSON COUNTY NAT. BANK, Respondent, v. DEWEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by the Jefferson County National Bank against Adelaide W. Dewey, as, etc. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., dissents.

In re JEROME AVE. (two cases). (Supreme Court, Appellate Division, First Department. June 28, 1907.) In the matter of Jerome Avenue. No opinion. Motions dismissed.

JOHNSON, Appellant, v. VOGELSANG, Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Sidney Johnson against Christian C. Vogelsang. PER CURIAM. Order of the County Court of Nassau county affirmed, without costs. JENKS and HOOKER, JJ., dissent.

(55 Misc. Rep. 205)

JOHNSTON v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Term. June 27, 1907.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by W. J. Johnston against the New York City Railway Company. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. James L. Quackenbush (Henry J. Smith, of counsel), for appellant. E. V. R. Ketchum, for respondent.

PER CURIAM. Judgment reversed and new trial ordered, with costs to appellant to abide the event, on the authority of Nicholson v. N. Y. City Ry. Co. (Sup.) 103 N. Y. Supp. 695, and Johnston v. Same (App. Term; not yet officially reported) 104 N. Y. Supp. 812.

SEABURY, J. (dissenting.) This is an action to recover a penalty of $50, together with an excess fare of 5 cents, under section 105 of the railroad law (Laws 1890, p. 1114, c. 565), because of the refusal of the defendant to give a transfer, under sections 101 and 39